IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEMICAL SPECIALTIES, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-3813 |
| | § | |
| OSMOSE, INC., | § | |
|     Defendant. | § | |

### TRANSFER ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Osmose's Motion to Transfer Venue [Doc. # 4] is **GRANTED** and this case is **TRANSFERRED** to the Tyler Division of the United States District Court for the Eastern District of Texas.

**SIGNED** at Houston, Texas, this **30th** day of **January, 2006.**

Nancy F. Atlas
United States District Judge